# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL SILVERSTEIN and KATHY MAHER,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WACHOVIA MORTGAGE CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 09cv2938 JM(AJB)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

　　　In light of the filing of the operative amended complaint on February 12, 2010, the Clerk of Court is instructed to deny Defendant's motion to dismiss (Docket No. 5) as moot.

　　　**IT IS SO ORDERED.**

DATED: February 23, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties